# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ROBYN KEIKI ROBERTSON

      Plaintiff                   *

vs.                             Civil Action No.:
                                    WMN 01 CV 3184

E&G CLASSICS, INC.         *

      Defendant                  *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Robyn Keiki Robertson, Plaintiff, and E&G Classics, Inc., Defendant, respectfully stipulate to the dismissal of the above-captioned claim with prejudice.

_____
Morton Edelstein, Esquire - 01339
110 St. Paul Street, Suite 402
Baltimore, Maryland  21202
(410) 685-0770
Attorney for the Plaintiff


_____
Elissa D. Levan, Esquire - 05741
Levan, Colaresi, Ferguson & Levan, P.A.
6325 Woodside Court, Suite 230
Columbia, Maryland 21046
(410) 312-7465
Attorney for Defendant, E&G Classics, Inc.

*APPROVED* " THIS 8ᵗʰ DAY
OF _____ , 20 02

UNITED STATES DISTRICT JUDGE

1